IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN DONNELLE CODY                                        PLAINTIFF

v.                                    4:09CV00089GTE/HLJ

ARKANSAS FOOD BANK
NETWORK, et al.                                             DEFENDANTS

JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered and Adjudged that this case be,  and it is hereby, DISMISSED with prejudice, for failure

to state a claim.  The relief sought is denied.

The Court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis

appeal taken from this Judgment and the accompanying Memorandum and Order dismissing this

action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 9th day of February, 2009.

     /s/ Garnett Thomas Eisele
United States District Judge